IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KAROL L. RIXIE | § | |
| v. | § | CIVIL ACTION NO. 9:06cv64 |
| COMMISSIONER, SSA | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

      The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Defendant's Unopposed Motion to Reverse With Remand for Further Administrative Proceedings be granted and that the above-entitled case be reversed and remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

      In light of the foregoing, it is

      **ORDERED** that Defendant's Unopposed Motion to Reverse With Remand for Further Administrative Proceedings (document #7) is **GRANTED** and the above-entitled case is reversed

and remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **6**   day of **November, 2006.**

_____
Ron Clark, United States District Judge